AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

      JUN 2 4 2010

  CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID SCOTT LEVINE | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  3:09-CR-0061-RCJ-VPC<br>USM No. 43227-048<br><br>Marc Picker (CJA)<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1&2-petition&1&2-addendum  of the term of supervision.

☑ was found in violation of condition(s)  1&2-petn & 2-addendum  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Petition (#34) | Defendant shall refrain from use of controlled substance | 01/12/2010 |
| 2 - Petition (#34) | Defendant shall submit to drug testing | 04/12/2010 |
| 2-Addendum (#44) | Defendant shall refrain from use of controlled substance | 05/12/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9245

Defendant's Year of Birth: 1967

City and State of Defendant's Residence:
Dayton, Nevada

06/23/2010
Date of Imposition of Judgment

_/s/ Valerie P. Cooke_
Signature of Judge

VALERIE P. COOKE          U.S. MAGISTRATE
Name and Title of Judge

06/24/2010
Date

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: DAVID SCOTT LEVINE
CASE NUMBER: 3:09-CR-0061-RCJ-VPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

     SIX (6) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL